IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE DAVIS,**<br><br>                          Petitioner,<br><br>v.<br><br>**DIANNE BUTLER,**<br><br>                          Respondents. | NO. CIV S-03-2344 GEB CMK P<br>**ORDER GRANTING REQUEST FOR LEAVE TO FILE SUPPLEMENTAL ANSWER** |

**GOOD CAUSE APPEARING**, Respondent is granted leave to file a Supplemental Answer to the Petition for Writ of Habeas Corpus.  Petitioner may file a reply within 30 days from the date of service of this order.  The Clerk is directed to file the Supplemental Answer attached to Respondent's request for leave.

Dated:   August 10, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE