IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS,

    Petitioner,                      No. CIV S-03-2344 GEB CMK P

    vs.

DIANA BUTLER, et al.,

    Respondents.

_____/      <u>ORDER</u>

On December 26, 2006, petitioner filed a request for a thirty day extension of time in which to file objections to the court's findings and recommendations.

Good cause appearing, IT IS ORDERED THAT plaintiff's request is granted. Plaintiff is granted thirty days from the date this order is signed to file objections to the court's findings and recommendations.

DATED: January 3, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE