IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS,

    Petitioner,                    2:03-cv-2344-GEB-CMK-P

    vs.

DANA BUTLER, Warden, et al.

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 12, 2007 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

Case 2:03-cv-02344-GEB-CMK   Document 27   Filed 03/23/07   Page 2 of 2

1   For the reasons set forth in the magistrate judge's December 5, 2006 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.  Accordingly, a certificate of appealability should not issue in this action.
4  Dated: March 23, 2007

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge